IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER PFEILER,** | ) |
| | ) CASE NO. 1:20-cv-02002 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| | ) |
| **HERITAGE DEVELOPMENT** | ) **JOINT MOTION FOR APPROVAL OF** |
| **COMPANY,** | ) **SETTLEMENT AND FOR DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Defendant. | ) |
| | ) |
| | ) |

[Handwritten stamp: DENIED: X / IT IS SO ORDERED. / GRANTED: / Donald C. Nugent 2/25/21 / U.S. DISTRICT JUDGE]

Plaintiff Christopher Pfeiler ("Plaintiff") and Defendant Heritage Development Company ("Defendant") respectfully move this Court to approve the Settlement and Release Agreement ("Settlement") reached by the parties.[1] The Settlement seeks to resolve all claims Plaintiff has or could have asserted against Defendant under the Fair Labor Standards Act 29 U.S.C. §§ 201, *et seq.* ("FLSA") and any applicable state and local wage-and-hour laws.

Plaintiff respectfully submits that the Settlement is fair and reasonable, and that it satisfies the criteria for approval under 29 U.S.C. § 216. The Settlement was achieved through diligent and thorough negotiations between the Parties' counsel, after a significant amount of discovery had taken place. If approved by the Court, the Settlement will result in a fair and reasonable settlement payment to Plaintiff.

**I.    THE ACTION**

On September 4, 2020, Plaintiff filed a Complaint against Defendant, asserting a claim for failure to pay overtime compensation in violation of the FLSA. (ECF #1). Specifically, Plaintiff

---

[1] Because the Settlement contains a confidentiality clause, Defendant will be filing an unopposed Motion to file the Settlement under seal.